537 A.2d 1361

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Arrow TOWNS, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 10, 1987.

Decided Feb. 26, 1988.

Lawrence R. Dworkin, Chester, for appellant.

John A. Reilly, Dist. Atty., for appellee.

Stuart Suss, Philadelphia, Vram Nedurian, Media for amicus—The Pa. Dist. Attys. Ass'n.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

390

## ORDER

PER CURIAM.

The order of the Superior Court is affirmed.